# Exhibit 3

| | |
|---|---|
| **From:** | O"Brien, Colleen |
| **To:** | <u>Vasilescu, Alexander M.</u> |
| **Subject:** | FW: Request for information |
| **Date:** | Thursday, January 25, 2018 5:36:10 PM |

Alexander,

As discussed on our telephone conversation earlier today, we have conducted a reasonable search of our employment records for Nicholas J. Genovese and have found no records of his ever having been employed at Goldman Sachs.

Please let us know if we can be of further assistance.

Regards,


**Colleen M. O'Brien**
Vice President & Associate General Counsel
Litigation & Regulatory Proceedings

**Goldman Sachs & Co. LLC**
200 West Street | 15th Floor | New York NY 10282
direct ph: 917.343.4430 | direct fax: 646.769.7196
email: redacted

*This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message. See http://www.gs.com/disclaimer/email for further information on confidentiality and the risks inherent in electronic communication.*



**From:** Cook, Joanne [Legal]
**Sent:** Thursday, January 25, 2018 5:34 PM
**To:** O'Brien, Colleen [Legal]
**Subject:** FW: Request for information


**From:** Vasilescu, Alexander M. [mailto:VasilescuA@SEC.GOV]
**Sent:** Thursday, January 25, 2018 3:31 PM
**To:** Cook, Joanne [Legal]
**Subject:** Request for information

Dear Ms. Cook, per our telephone call, I am sending this email to determine if a "Nicholas J. Genovese" was ever employed as a "Partner" at Goldman Sachs or whether he was ever employed by Goldman Sachs in any employment capacity. Thank you for your assistance. I would appreciate it if we could get the information expeditiously. Thanks.

Alexander Vasilescu
Regional Trial Counsel
New York Regional Office

SEC
Brookfield Place
200 Vesey Street
Suite 400
New York, New York 10281-1022
Phone: (212) 336-0178
Fax: (703)-813-3282