# Exhibit 4



**VIA EMAIL**

January 30, 2018

**Grant Thornton LLP**
Grant Thornton Tower
171 N. Clark Street, Suite 200
Chicago, IL 60601-3370

T +1 312 856 0200
F +1 312 565 4719
grantthornton.com

James Hanson
United States Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281

RE:   Client Database Search

Dear Mr. Hanson:

Per our discussion last week, Grant Thornton searched its client database for the following entities/individuals:

- Willow Creek Investments LP
- Willow Creek GP LLC
- Willow Creek Advisers LLC
- Nicholas J. Genovese

Based on the results of our search, I can confirm that we have no record of any of these entities or individuals ever being a Grant Thornton client.

Should you have any questions, please do not hesitate to call me at (312) 602-8430.

Very truly yours,

Christopher Shearer
Deputy General Counsel

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd