# Exhibit 5



**MBA Program Office**
**Tuck School of Business at Dartmouth**
100 Tuck Hall
Hanover, NH 03755-9000
Tel: 603-646-3938
Fax: 603-646-7585
mba.program.office@dartmouth.edu
www.tuck.dartmouth.edu

January 26, 2018

Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281

**Attn:** James Hanson

Dear Mr. Hanson,

With regard to your recent inquiry into Nicholas J. Genovese, please note that we have no record of this individual having attended the Tuck School of Business at Dartmouth.

Please let me know if I can provide any additional information.

Best regards,

*Stacie J. Marshall*

Stacie Marshall
Registrar

