# Exhibit 6



January 29, 2018

**University of Kentucky**
**Office of Undergraduate Admission**
**and University Registrar**

100 Funkhouser Building
Lexington, KY 40506-0054
www.applyuk.com

Attn: James Hanson
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281

To Whom It May Concern:

This letter serves as official notice that Nicholas J. Genovese (DOB 03/10/1965) has never attended the University Of Kentucky. His information was checked in our computer database as well as our microfilm records. Our archives holds information for each student who attended the University of Kentucky from 1900-1988.

The computer database maintains student records from 1988 until the present. There was no record of Mr. Genovese in our databases. If you have, any questions please call our office at 859-257-7157 or I may be reached directly at 859-218-1199. I also may be reached by email at lrjone3@uky.edu. Thank you.

Sincerely,

Latasha Jones
Student Records – Archives
University of Kentucky
University Registrar
10 Funkhouser Building
Lexington, KY 40506-0054

Kim K. Taylor
Office of the Registrar

see blue.

*An Equal Opportunity University*