# Exhibit 9

| | | | |
|---|---|---|---|
| County: | COOK | State: | REDACTED |
| Transaction Date: | 06/1994 | Seller Name: | |
| Recording Date: | 06/08/1994 | Sale Price: | $87,500.00 |
| Document Number: | 507298 | Type of Transaction: | RESALE |
| Book/Page: | | Deed Type: | FORECLOSURE |
| Consideration: | ESTIMATED | Percent Transferred: | |
| Mortgage Amount: | $86,330.00 | Mortgage Type: | CONVENTIONAL MORTGAGE DEED |
| Mortgage Term: | | Mortgage Deed Type: | |
| Mortgage Date: | | Mortgage Due Date: | |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | ST PAUL FED'L BK FOR SVGS | Lender Address: | CHICAGO, IL 60635 |
| Construction Type: | RESALE | Purchase Payment: | MORTGAGE |

## Criminal Records, Warrants, and Traffic Citations

| | | | |
|---|---|---|---|
| Name: | NICHOLAS GENOVESE | Name Type: | |
| DOB: | REDACTED | Gender: | M |
| SSN: | | SSN Fragment: | |
| Doc Number: | K56981 | | |
| Race: | WHITE | Ethnicity: | |
| Height/Weight: | 5'10" | Skin Tone: | |
| Hair | BROWN | Eye Color: | BROWN |
| Institution Location: | BIG MUDDY RIVER, DISCHARGE:DISCHARGE | Admit Date: | 06/27/1997 |

**ARREST & BAIL INFORMATION**

| | | | |
|---|---|---|---|
| Offender Sequence Number: | 1 | Citation Number: | |
| Case Number: | 97C22026201 | Docket Number: | |
| Statute Violated: | | Initial Criminal Offense: | MISUSE CREDIT CARD >$300 - 02119005137 |
| Class/Severity of Crime: | CLASS 4 FELONY | Date of Crime: | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| Court Name: | | County Jurisdiction: | COOK |

**SENTENCE INFORMATION**

| | | | |
|---|---|---|---|
| Sentence Description: | | Sentence Status: | RELEASE TYPE: EXPIRATION OF SENTENCE |

| | | | |
|---|---|---|---|
| **Maximum Sentence Years:** | 2 | **Maximum Sentence Days:** | 0 |
| **Maximum Sentence Months:** | 6 | | |
| **Projected/Provisional Release Date:** | 10/05/2001 | **Actual Release Date:** | |

**COMMUNITY SERVICE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Additional Information:** | COMMITTING COUNTY: COOK | | |
| **Offender Sequence Number:** | 2 | **Citation Number:** | |
| **Case Number:** | 97C22029301 | **Docket Number:** | |
| **Statute Violated:** | | **Initial Criminal Offense:** | MISUSE CREDIT CARD >$300 - 02119005137 |
| **Class/Severity of Crime:** | CLASS 4 FELONY | **Date of Crime:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | COOK |

**SENTENCE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Description:** | | **Sentence Status:** | RELEASE TYPE: EXPIRATION OF SENTENCE |
| **Maximum Sentence Years:** | 2 | **Maximum Sentence Days:** | 0 |
| **Maximum Sentence Months:** | 6 | | |
| **Projected/Provisional Release Date:** | 10/05/2001 | **Actual Release Date:** | |

**COMMUNITY SERVICE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Additional Information:** | COMMITTING COUNTY: COOK | | |
| **Offender Sequence Number:** | 3 | **Citation Number:** | |
| **Case Number:** | 97C22029401 | **Docket Number:** | |
| **Statute Violated:** | | **Initial Criminal Offense:** | MISUSE CREDIT CARD >$300 - 02119005137 |
| **Class/Severity of Crime:** | CLASS 4 FELONY | **Date of Crime:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | COOK |

**SENTENCE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Description:** | | **Sentence Status:** | RELEASE TYPE: |

| | | | |
|---|---|---|---|
| | | | EXPIRATION OF SENTENCE |
| **Maximum Sentence Years:** | 2 | **Maximum Sentence Days:** | 0 |
| **Maximum Sentence Months:** | 6 | | |
| **Projected/Provisional Release Date:** | 10/05/2001 | **Actual Release Date:** | |

### COMMUNITY SERVICE INFORMATION

| | | | |
|---|---|---|---|
| **Sentence Additional Information:** | COMMITTING COUNTY: COOK | | |
| **Offender Sequence Number:** | 4 | **Citation Number:** | |
| **Case Number:** | 97CF53901 | **Docket Number:** | |
| **Statute Violated:** | | **Initial Criminal Offense:** | THEFT >$100K - 10179005151 |
| **Class/Severity of Crime:** | CLASS 1 FELONY | **Date of Crime:** | |

### COURT & TRIAL INFORMATION

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | DUPAGE |

### SENTENCE INFORMATION

| | | | |
|---|---|---|---|
| **Sentence Description:** | | **Sentence Status:** | RELEASE TYPE: EXPIRATION OF SENTENCE |
| **Maximum Sentence Years:** | 5 | **Maximum Sentence Days:** | 0 |
| **Maximum Sentence Months:** | 0 | | |
| **Projected/Provisional Release Date:** | 10/05/2001 | **Actual Release Date:** | |

### COMMUNITY SERVICE INFORMATION

| | | | |
|---|---|---|---|
| **Sentence Additional Information:** | COMMITTING COUNTY: DUPAGE | | |

| | | | |
|---|---|---|---|
| **Name:** | NICHOLAS GENOVESE | **Name Type:** | |
| **DOB:** | REDACTED | **Gender:** | M |
| **SSN:** | | **SSN Fragment:** | |
| **FBI ID Number:** | | **Inmate ID Number:** | 05R4227 |
| **Race:** | WHITE | **Ethnicity:** | |
| **Institution Location:** | | **Admit Date:** | 10/07/2005 |

### ARREST & BAIL INFORMATION

| | | | |
|---|---|---|---|
| **Offender Sequence Number:** | 1 | **Citation Number:** | |
| **Case Number:** | | **Docket Number:** | |
| **Statute Violated:** | | **Initial Criminal Offense:** | FORGERY 2ND |
| **Class/Severity of Crime:** | D | **Date of Crime:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | NEW YORK |

**SENTENCE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Description:** | | **Sentence Status:** | CONDITIONAL RELEASE DATE: 20090203 |
| **Maximum Sentence Years:** | 6 | **Maximum Sentence Days:** | |
| **Minimum Sentence Years:** | 3 | **Minimum Sentence Days:** | |
| **Projected/Provisional Release Date:** | 07/31/2007 | **Actual Release Date:** | |

**COMMUNITY SERVICE INFORMATION**

| | |
|---|---|
| **Sentence Additional Information:** | COMMITMENT COUNTY: NEW YORK, SCHEDULED RELEASE TYPE: PRESUMPTIVE MERIT RELEASE |

**PAROLE INFORMATION**

| | | | |
|---|---|---|---|
| **Parole Status:** | PAR BOARD DISCHARGE DATE: 20100805, PAR HEARING TYPE: RELEASE CONDITIONS | | |
| **Parole Eligibility Date:** | 02/03/2008 | **Parole Hearing Date:** | 05/2007 |

| | | | |
|---|---|---|---|
| **Offender Sequence Number:** | 2 | **Citation Number:** | |
| **Case Number:** | | **Docket Number:** | |
| **Statute Violated:** | | **Initial Criminal Offense:** | GRAND LARCENY - NOT AUTO 3RD |
| **Class/Severity of Crime:** | D | **Date of Crime:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | NEW YORK |

**SENTENCE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Description:** | | **Sentence Status:** | CONDITIONAL RELEASE DATE: 20090203 |
| **Maximum Sentence Years:** | 6 | **Maximum Sentence Days:** | |
| **Minimum Sentence Years:** | 3 | **Minimum Sentence Days:** | |
| **Projected/Provisional Release Date:** | 07/31/2007 | **Actual Release Date:** | |

**COMMUNITY SERVICE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Additional Information:** | COMMITMENT COUNTY: NEW YORK, SCHEDULED RELEASE TYPE: PRESUMPTIVE MERIT RELEASE | | |

**PAROLE INFORMATION**

| | | | |
|---|---|---|---|
| **Parole Status:** | PAR BOARD DISCHARGE DATE: 20100805, PAR HEARING TYPE: RELEASE CONDITIONS | | |
| **Parole Eligibility Date:** | 02/03/2008 | **Parole Hearing Date:** | 05/2007 |
| **Offender Sequence Number:** | 3 | **Citation Number:** | |
| **Case Number:** | | **Docket Number:** | |
| **Statute Violated:** | | **Initial Criminal Offense:** | IDENTITY THEFT 2ND DEGREE |
| **Class/Severity of Crime:** | E | **Date of Crime:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | NEW YORK |

**SENTENCE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Description:** | | **Sentence Status:** | CONDITIONAL RELEASE DATE: 20090203 |
| **Maximum Sentence Years:** | 6 | **Maximum Sentence Days:** | |
| **Minimum Sentence Years:** | 3 | **Minimum Sentence Days:** | |
| **Projected/Provisional Release Date:** | 07/31/2007 | **Actual Release Date:** | |

**COMMUNITY SERVICE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Additional Information:** | COMMITMENT COUNTY: NEW YORK, SCHEDULED RELEASE TYPE: PRESUMPTIVE MERIT RELEASE | | |

**PAROLE INFORMATION**

| | | | |
|---|---|---|---|
| **Parole Status:** | PAR BOARD DISCHARGE DATE: 20100805, PAR HEARING TYPE: RELEASE CONDITIONS | | |
| **Parole Eligibility Date:** | 02/03/2008 | **Parole Hearing Date:** | 05/2007 |
| **Offender Sequence Number:** | 4 | **Citation Number:** | |
| **Case Number:** | | **Docket Number:** | |
| **Statute Violated:** | | **Initial Criminal Offense:** | SCHEME TO DEFRAUD 1ST |
| **Class/Severity of Crime:** | E | **Date of Crime:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | NEW YORK |

### SENTENCE INFORMATION

| | | | |
|---|---|---|---|
| **Sentence Description:** | | **Sentence Status:** | CONDITIONAL RELEASE DATE: 20090203 |
| **Maximum Sentence Years:** | 6 | **Maximum Sentence Days:** | |
| **Minimum Sentence Years:** | 3 | **Minimum Sentence Days:** | |
| **Projected/Provisional Release Date:** | 07/31/2007 | **Actual Release Date:** | |

### COMMUNITY SERVICE INFORMATION

| | |
|---|---|
| **Sentence Additional Information:** | COMMITMENT COUNTY: NEW YORK, SCHEDULED RELEASE TYPE: PRESUMPTIVE MERIT RELEASE |

### PAROLE INFORMATION

| | | | |
|---|---|---|---|
| **Parole Status:** | PAR BOARD DISCHARGE DATE: 20100805, PAR HEARING TYPE: RELEASE CONDITIONS | | |
| **Parole Eligibility Date:** | 02/03/2008 | **Parole Hearing Date:** | 05/2007 |

| | | | |
|---|---|---|---|
| **Name:** | NICHOLAS J GENOVESE | **Name Type:** | |
| **DOB:** | REDACTED | **Gender:** | M |
| **SSN:** | | **SSN Fragment:** | |
| **Driver's License:** | REDACTED | | |
| **Driver State:** | NY | | |
| **Race:** | W | **Ethnicity:** | |
| **Height/Weight:** | 5'11" | **Skin Tone:** | |
| **Hair** | BRO | **Eye Color:** | BRO |
| **Address:** | 225 W 16TH ST  NEW YORK, NY 10011-6010 | | |
| **County:** | NEW YORK | **Last Verified:** | |

### ARREST & BAIL INFORMATION

| | | | |
|---|---|---|---|
| **Offender Sequence Number:** | 1 | **Citation Number:** | |
| **Arrest Date:** | | **Arrest Agency:** | LAKE COUNTY SHERIFFS OFFICE |
| **Case Number:** | 352005CF000693AXXXXX | **Docket Number:** | |
| **Case Title:** | | **Charges Filing Date:** | 03/08/2005 |
| **Case Information:** | | **Case Type:** | FELONY |
| **Statute Violated:** | 941.02 | **Initial Criminal Offense:** | OUT OF STATE FUG REF- FUGITIVE FROM JUSTICE |
| **Class/Severity of Crime:** | | **Date of Crime:** | 03/02/2005 |

| | | | |
|---|---|---|---|
| **Disposition of Findings:** | EXTRADITION | **Disposition/Judgment Date:** | 03/18/2005 |

**CRIME PLEA INFORMATION**

| | | | |
|---|---|---|---|
| **Original Plea:** | NO PLEA ENTERED | **Plea Date:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | LAKE |
| **Offender Sequence Number:** | 2 | **Citation Number:** | |
| **Arrest Date:** | | **Arrest Agency:** | CLERMONT POLICE DEPARTMENT |
| **Case Number:** | 352005MM000657AXXXXX | **Docket Number:** | |
| **Case Title:** | | **Charges Filing Date:** | 02/17/2005 |
| **Case Information:** | | **Case Type:** | MISDEMEANOR |
| **Statute Violated:** | 812.014(3)(A) | **Initial Criminal Offense:** | LARC-PETTY FIRST OFFENSE |
| **Class/Severity of Crime:** | | **Date of Crime:** | 02/11/2005 |
| **Disposition of Findings:** | | **Disposition/Judgment Date:** | 02/28/2005 |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | LAKE |
| **Offender Sequence Number:** | 3 | **Citation Number:** | |
| **Arrest Date:** | | **Arrest Agency:** | CLERMONT POLICE DEPARTMENT |
| **Case Number:** | 352005MM000657AXXXXX | **Docket Number:** | |
| **Case Title:** | | **Charges Filing Date:** | 02/17/2005 |
| **Case Information:** | | **Case Type:** | MISDEMEANOR |
| **Statute Violated:** | 812.014(3)(A) | **Initial Criminal Offense:** | LARC-PETTY FIRST OFFENSE |
| **Class/Severity of Crime:** | | **Date of Crime:** | 02/11/2005 |
| **Disposition of Findings:** | | **Disposition/Judgment Date:** | 02/28/2005 |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Court Name:** | | **County Jurisdiction:** | LAKE |

ADMINISTRATIVE OFFICE OF THE COURTS - COOK COUNTY, IL

| | | | |
|---|---|---|---|
| **Name:** | GENOVESE, NICHOLAS, J | **Name Type:** | |
| **DOB:** | | **Gender:** | |

**SSN:**

**Driver State:**

**Address:** 00000
**Verified Date:**

**ARREST & BAIL INFORMATION**

| | |
|---|---|
| **Arrest Agency:** | **Arrest Number:** |
| **Arrest Date(s):** 11/25/1996 | |
| **Arrest Description:** | **Name Used at Arrest:** |
| **Warrant for Arrest:** | **Arrest Disposition:** |
| **Agreement Date:** | **Arrest County:** |

**CHARGES INFORMATION**

| | |
|---|---|
| **Date of Crime:** | **Charges Document Type:** |
| **Criminal Offense:** MISUSE CREDIT CARD >$300 | |
| **Severity of Crime:** FOURTH DEGREE FELONY | **Statute Violated:** 720-250/8 |
| **Number of Counts:** | **Amended Statute Violated:** |
| **Hate Crime Indicator:** | **Sex Crime Indicator:** |
| **Drug Crime Indicator:** | **Weapon Crime Indicator:** |
| **Property Crime Indicator:** | **Property Seized:** |
| **Victim is a Minor:** | **Other Crime Indicator:** |
| **Age of Victim:** | **Victim Gender:** |
| **Criminal Court:** | **Conviction Location:** |
| **Disposition of Crime:** DEF SENTENCED ILLINOIS DOC | **Current Status:** |
| **Highest Felony Class:** | **Risk Level:** |
| **Second Felony Indicator:** | **Guilty But Mentally ill:** |

**COURT & TRIAL INFORMATION**

| | |
|---|---|
| **Charges Filed:** | **Court County:** COOK |
| **Court Name:** | **Original Court Name:** |
| **Division & Judicial District/Circuit:** | **Court State:** IL |
| **Case Title:** | **Court File Number:** |
| **Case Number:** 1997-C-2029401 | |
| **Disposition of Findings:** | **Disposition Judgment Date:** 06/25/1997 |
| **Verdict:** | **Verdict Date:** |
| **Disposition Comments:** | |

**ATTORNEY INFORMATION**

35

**Prosecuting Attorney:** **Defendant's Attorney:**

**SENTENCE INFORMATION**

| | | |
|---|---|---|
| **Sentence Description:** | **Sentence in County:** | |
| **Sentence Length & Units:** | **Maximum Sentence Length:** | |
| **Sentence Suspended Length:** | **Minimum Sentence Length:** | 2 YEARS 6 MONTHS |

ADMINISTRATIVE OFFICE OF THE COURTS - COOK COUNTY, IL

| | | |
|---|---|---|
| **Name:** | GENOVESE, NICHOLAS, J | **Name Type:** |
| **DOB:** | | **Gender:** |

**SSN:**

**Driver State:**

| | | |
|---|---|---|
| **Address:** | 00000 | |
| **Verified Date:** | | |

**ARREST & BAIL INFORMATION**

| | | |
|---|---|---|
| **Arrest Agency:** | | **Arrest Number:** |
| **Arrest Date(s):** | 12/02/1996 | |
| **Arrest Description:** | | **Name Used at Arrest:** |
| **Warrant for Arrest:** | | **Arrest Disposition:** |
| **Agreement Date:** | | **Arrest County:** |

**CHARGES INFORMATION**

| | | | |
|---|---|---|---|
| **Date of Crime:** | | **Charges Document Type:** | |
| **Criminal Offense:** | MISUSE CREDIT CARD >$300 | | |
| **Severity of Crime:** | FOURTH DEGREE FELONY | **Statute Violated:** | 720-250/8 |
| **Number of Counts:** | | **Amended Statute Violated:** | |
| **Hate Crime Indicator:** | | **Sex Crime Indicator:** | |
| **Drug Crime Indicator:** | | **Weapon Crime Indicator:** | |
| **Property Crime Indicator:** | | **Property Seized:** | |
| **Victim is a Minor:** | | **Other Crime Indicator:** | |
| **Age of Victim:** | | **Victim Gender:** | |
| **Criminal Court:** | | **Conviction Location:** | |
| **Disposition of Crime:** | DEF SENTENCED ILLINOIS DOC | **Current Status:** | |

| | | | |
|---|---|---|---|
| **Highest Felony Class:** | | **Risk Level:** | |
| **Second Felony Indicator:** | | **Guilty But Mentally ill:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Charges Filed:** | | **Court County:** | COOK |
| **Court Name:** | | **Original Court Name:** | |
| **Division & Judicial District/Circuit:** | | **Court State:** | IL |
| **Case Title:** | | **Court File Number:** | |
| **Case Number:** | 1997-C-2029301 | | |
| **Disposition of Findings:** | | **Disposition Judgment Date:** | 06/25/1997 |
| **Verdict:** | | **Verdict Date:** | |
| **Disposition Comments:** | | | |

**ATTORNEY INFORMATION**

| | | | |
|---|---|---|---|
| **Prosecuting Attorney:** | | **Defendant's Attorney:** | |

**SENTENCE INFORMATION**

| | | | |
|---|---|---|---|
| **Sentence Description:** | | **Sentence in County:** | |
| **Sentence Length & Units:** | | **Maximum Sentence Length:** | |
| **Sentence Suspended Length:** | | **Minimum Sentence Length:** | 2 YEARS 6 MONTHS |

ADMINISTRATIVE OFFICE OF THE COURTS - COOK COUNTY, IL

| | | | |
|---|---|---|---|
| **Name:** | GENOVESE, NICHOLAS, J | **Name Type:** | |
| **DOB:** | | **Gender:** | |

**SSN:**

**Driver State:**

| | | |
|---|---|---|
| **Address:** | 00000 | |
| **Verified Date:** | | |

**ARREST & BAIL INFORMATION**

| | | | |
|---|---|---|---|
| **Arrest Agency:** | | **Arrest Number:** | |
| **Arrest Date(s):** | 12/02/1996 | | |
| **Arrest Description:** | | **Name Used at Arrest:** | |
| **Warrant for Arrest:** | | **Arrest Disposition:** | |
| **Agreement Date:** | | **Arrest County:** | |

**CHARGES INFORMATION**

| | | | |
|---|---|---|---|
| **Date of Crime:** | | **Charges Document Type:** | |
| **Criminal Offense:** | MISUSE CREDIT CARD >$300 FOURTH DEGREE FELONY | | |
| **Severity of Crime:** | | **Statute Violated:** | 720-250/8 |
| **Number of Counts:** | | **Amended Statute Violated:** | |
| **Hate Crime Indicator:** | | **Sex Crime Indicator:** | |
| **Drug Crime Indicator:** | | **Weapon Crime Indicator:** | |
| **Property Crime Indicator:** | | **Property Seized:** | |
| **Victim is a Minor:** | | **Other Crime Indicator:** | |
| **Age of Victim:** | | **Victim Gender:** | |
| **Criminal Court:** | | **Conviction Location:** | |
| **Disposition of Crime:** | CREDIT DEFENDANT FOR TIME SERV | **Current Status:** | |
| **Highest Felony Class:** | | **Risk Level:** | |
| **Second Felony Indicator:** | | **Guilty But Mentally ill:** | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Charges Filed:** | | **Court County:** | COOK |
| **Court Name:** | | **Original Court Name:** | |
| **Division & Judicial District/Circuit:** | | **Court State:** | IL |
| **Case Title:** | | **Court File Number:** | |
| **Case Number:** | 1997-C-2029301 | | |
| **Disposition of Findings:** | | **Disposition Judgment Date:** | 06/25/1997 |
| **Verdict:** | | **Verdict Date:** | |
| **Disposition Comments:** | | | |

**ATTORNEY INFORMATION**

| | |
|---|---|
| **Prosecuting Attorney:** | **Defendant's Attorney:** |

ADMINISTRATIVE OFFICE OF THE COURTS - COOK COUNTY, IL

| | | | |
|---|---|---|---|
| **Name:** | GENOVESE, NICHOLAS, J | **Name Type:** | |
| **DOB:** | | **Gender:** | |

**SSN:**

**Driver State:**

38

| | | | |
|---|---|---|---|
| **Address:** | 00000 | | |
| **Verified Date:** | | | |

### ARREST & BAIL INFORMATION

| | | | |
|---|---|---|---|
| **Arrest Agency:** | | **Arrest Number:** | |
| **Arrest Date(s):** | 11/25/1996 | | |
| **Arrest Description:** | | **Name Used at Arrest:** | |
| **Warrant for Arrest:** | | **Arrest Disposition:** | |
| **Agreement Date:** | | **Arrest County:** | |

### CHARGES INFORMATION

| | | | |
|---|---|---|---|
| **Date of Crime:** | | **Charges Document Type:** | |
| **Criminal Offense:** | MISUSE CREDIT CARD >$300 FOURTH DEGREE FELONY | | |
| **Severity of Crime:** | | **Statute Violated:** | 720-250/8 |
| **Number of Counts:** | | **Amended Statute Violated:** | |
| **Hate Crime Indicator:** | | **Sex Crime Indicator:** | |
| **Drug Crime Indicator:** | | **Weapon Crime Indicator:** | |
| **Property Crime Indicator:** | | **Property Seized:** | |
| **Victim is a Minor:** | | **Other Crime Indicator:** | |
| **Age of Victim:** | | **Victim Gender:** | |
| **Criminal Court:** | | **Conviction Location:** | |
| **Disposition of Crime:** | CREDIT DEFENDANT FOR TIME SERV | **Current Status:** | |
| **Highest Felony Class:** | | **Risk Level:** | |
| **Second Felony Indicator:** | | **Guilty But Mentally ill:** | |

### COURT & TRIAL INFORMATION

| | | | |
|---|---|---|---|
| **Charges Filed:** | | **Court County:** | COOK |
| **Court Name:** | | **Original Court Name:** | |
| **Division & Judicial District/Circuit:** | | **Court State:** | IL |
| **Case Title:** | | **Court File Number:** | |
| **Case Number:** | 1997-C-2029401 | | |
| **Disposition of Findings:** | | **Disposition Judgment Date:** | 06/25/1997 |
| **Verdict:** | | **Verdict Date:** | |
| **Disposition Comments:** | | | |

### ATTORNEY INFORMATION

| | | | |
|---|---|---|---|
| **Prosecuting Attorney:** | | **Defendant's Attorney:** | |

| | | | |
|---|---|---|---|
| Name: | NICHOLAS JOHN GENOVESE | Name Type: | |
| DOB: | | Gender: | |
| SSN: | | SSN Fragment: | |

**ARREST & BAIL INFORMATION**

| | | | |
|---|---|---|---|
| Offender Sequence Number: | 1 | Citation Number: | |
| Case Number: | 590GT9501076600 | Docket Number: | |
| Case Title: | | Charges Filing Date: | 11/06/1995 |
| Case Information: | | Case Type: | INFRACTION |
| Statute Violated: | | Initial Criminal Offense: | ILLEGAL U TURN |
| Class/Severity of Crime: | | Date of Crime: | 11/05/1995 |
| Offense Location: | DANVILLE GD | | |
| Disposition of Findings: | GUILTY IN ABSENTIA | Disposition/Judgment Date: | 12/21/1995 |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| Court Name: | 590G - DANVILLE GENERAL DISTRICT | County Jurisdiction: | DANVILLE |

## Bankruptcy Records

CASE NUMBER: 4:98-BK-42280 FILING TYPE: BANKRUPTCY FILING DATE: 12/21/1998

**CASE INFORMATION**

| | | | |
|---|---|---|---|
| Case Title: | IN RE: NICHOLAS J GENOVESE | | |
| Docket Number: | 4:98-BK-42280 | Filing Date: | 12/21/1998 |
| Court: | U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF ILLINOIS (BENTON) | Filing Office: | BENTON |
| Judge: | | Filing State: | IL |
| Case Type: | BANKRUPTCY | | |
| Filing Chapter: | CHAPTER 7 | Case Details: | NO ASSET |
| Case Status: | | Status Set By: | |
| Case Status Date: | | Case Status Time: | |
| Case Status Flag: | | Dismissed Date: | |
| Discharge Date: | 03/31/1999 | Terminated Date: | |
| Reopened Date: | | Reterminated Date: | |
| Other Dockets: | | Final Decree Date: | |
| Other Dockets Title: | | | |
| Previous Chapter: | CHAPTER 7 | | |

40

| | | | |
|---|---|---|---|
| **Nature of Suit:** | | | |
| **Key Nature of Suit:** | BANKRUPTCY  CHAPTER 7 | | |
| **Key Nature of Suit Code:** | 060.15 | | |
| **Demand Amount:** | | | |
| | | | |
| **Scheduled 341 Description:** | | **Scheduled 341 Location:** | 341 MTG. BENTON |
| **Scheduled 341 Date:** | 01/22/1999 | **Scheduled 341 Time:** | 02:30 PM |

DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| **Debtor Name:** | GENOVESE NICHOLAS J | **Date Added:** | |
| **AKA:** | | | |
| **SSN:** | REDACTED | | |
| **FEIN:** | | | |
| **Address:** | K-56981 BIG MUDDY RIVER  INA, IL 62846 | | |
| **Reported Date:** | | | |
| **Additional Info:** | | | |
| **Phone:** | | **Web Address:** | |

REDACTED