```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiffs,            18-cv-942 (JGK)

      - against -                       ORDER

 NICHOLAS J. GENOVESE, ET AL.,

                 Defendants.
-------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from the defendant dated May 15, 2020, which the Court files. Chambers will mail a copy of this Order to the pro se party at:

```
Nicholas Genovese
#17079104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232-9002
```

**SO ORDERED.**

**Dated:    New York, New York**
**          June 2, 2020**                   /s/ John G. Koeltl
                                            **John G. Koeltl**
                                    **United States District Judge**

To: Hon. Judge John G. Koeltl
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

pg. 1 of 2

From: Nicholas J. Genovese #17079-104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232-9002

Via: Legal Mail + Reg U.S. Mail

Date: May 15, 2020

Re: 18-cv-942   SEC v. Nicholas J. Genovese, et. al.

Dear Judge Koeltl;

   I received from the Plaintiff, ~~[redacted]~~ May 14, 2020, a copy of your order dated April 23, 2020 "lifting the stay" in the above case.

   It is my understanding that when the court issues an order or decision, that the Plaintiff and Defendant are to be notified simultaneously.
   In this incident I was _not_ notified at all by the Court of its decision of April 23rd to lift the stay in this proceeding.

   This is a violation of my Fourteenth Amendment Procedural and Substantive Due Process rights to the United States Constitution.

   I would hope that after this incident that your Honor will ensure that I, the defendant, receive notice of any orders or decisions issued by the Court at the same time the Plaintiff receives their notice.

pg. 2 of 2

I cannot rely on the Plaintiff, nor should I, honestly to provide copies of the Court's Orders or Decisions to me, as this is the job of the Court not the Plaintiff.

Respectfully submitted.

*[signature]*

Nicholas J. Genovese.



Nicholas Genovese 17079104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232-9002

NEW YORK NY 100
28 MAY 2020 PM 7 L

United States District Court of Southern District of New York
c/o Hon. John G. Koeltl
500 Pearl St.
N.Y., N.Y. 10007-1312

USMP3

LEGAL MAIL

10007-133099