```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,            18-cv-942 (JGK)

     - against -                       ORDER

NICHOLAS J. GENOVESE, ET AL.,

                 Defendants.
────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The time to submit a Rule 26(f) report is extended to July 24, 2020. The case is referred to the Magistrate Judge for general pretrial matters.

Chambers will mail a copy of this Order to the pro se party at:

```
Nicholas Genovese
#17079104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232-9002
```

**SO ORDERED.**

Dated:   **New York, New York**
         **June 17, 2020**          _____/s/ John G. Koeltl_____
                                         **John G. Koeltl**
                                  **United States District Judge**