TRULINCS 17079104 - GENOVESE, NICHOLAS JOSEPH - Unit: BRO-I-C

---

FROM: 17079104
TO:
SUBJECT: Willow Creek Investments LP, Willow Creek Advisors
DATE: 07/13/2020 06:49:33 PM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/20

VIA LEGAL MAIL

July, 13, 2020

The Hon. Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street Room 200
New York, NY 10007-1312

Nicholas J. Genovese 17079104
Metropolitan Detention Center Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Re: SEC v. Nicholas J. Genovese, et.al.,    18-CV-942 (JGK) (BCM)

**MEMO ENDORSED**

Dear Judge Moses;

I Nicholas J. Genovese, who is representing m\himself Pro Se, in the above entitled matter is also representing Willow Creek Investments LP and Willow Creek Advisors, LLC. I am the sole owner of both entities.

As of 6/20/20 I would like to make clear that I am representing Willow Creek Investments LP and Willow Creek Advisors, LLC and myself Pro Se.

_____
Nicholas J. Genovese
Willow Creek Investments LP
Willow Creek Advisors, LLC

> The Complaint alleges that Willow Creek Investments LP is a Delaware limited partnership and that Willow Creek Advisors, LLC is a Delaware limited liability company. LPs and LLCs, even if wholly-owned, must appear in this Court through a licensed attorney. *Lattanzio v. COMTA*, 481 F.3d 137, 139-40 (2d Cir. 2007). Mr. Genovese, who is not an attorney, may represent himself but may not represent the entity defendants. The Court *sua sponte* extends the parties' deadline for filing their Rule 26(f) report to **August 24, 2020**. Mr. Genovese is advised that Rule 26(f) requires the parties to (a) jointly confer to develop a proposed discovery plan and (b) submit a joint written report outlining the plan. Mr. Genovese's letter at Dkt. No. 33, which the Court construes as an application for an order compelling the production of evidence in a certain form, is DENIED without prejudice to renewal after the Rule 26(f) report is submitted. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> July 22, 2020

Nicholas Genovese # 12079104
Metropolitan Detention Center Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232-9002

LEGAL MAIL

RECEIVED
JUL 16 2020
PRO SE OFFICE

Pro Se Intake Unit
500 Pearl St.
Room 200
New York, N.Y. 10007