

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-against-

NICHOLAS J. GENOVESE, et al.,

        Defendants.

18-CV-942 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's letter-motion (Dkt. No. 37) proposing that, in lieu of a discovery schedule, the Court set a briefing schedule for its motion for summary judgment. Plaintiff points out that defendant Genovese was convicted in a parallel criminal case, and argues that collateral estoppel "flows from his criminal judgment to the claims in this case," making it ripe for summary judgment.

    Defendant Genovese may respond to plaintiff's letter no later than **September 9, 2020.** Defendants Willow Creek Investments, LP and Willow Creek Advisors, LLC may respond by the same date, through counsel, if by then they have appeared in this action through counsel. As this Court previously explained, Mr. Genovese "may represent himself but may not represent the entity defendants." (Dkt. No. 35.)

    Chambers will mail a copy of this Order to defendant Nicholas Genovese.

Dated: New York, New York
       August 26, 2020

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**