

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-against-

NICHOLAS J. GENOVESE, et al.,

        Defendants.

18-CV-942 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed defendant Nicholas Genovese's letter and "opposition to scheduling order," both dated September 1, 2020 (Dkt. Nos. 38, 39), proposing a discovery schedule with a September 30 deadline for plaintiff to "provide all Discovery in [its] possession Pre-February 2, 2018." Plaintiff may respond to defendant's letter no later than **September 16, 2020.**

    Chambers will mail a copy of this Order to defendant Nicholas Genovese.

Dated: New York, New York
       September 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**