TRULINCS 17079104 - GENOVESE, NICHOLAS JOSEPH - Unit: BRO-I-C

---

FROM: 17079104
TO:
SUBJECT: IFP Request Status Dist Court Req
DATE: 10/07/2020 03:09:10 PM

Clerk of the Court
U.S. DIstrict Court 2nd Circuit SDNY
500 Pearl Street
Pro Se Intake Unit
New York, NY 10007

Nicholas Genovese 17079104
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

10-5-20

Re: Status of IFP Filing
Appeal Docket: 20-2664
DC Docket: 18-cv-942
Re; IFP status SECOND REQUEST

Clerk;

I mailed the ProSe Unit a request for IFP Status in my Appeal Doclet 20-2664 DC Docket 18-cv-942 and I am requesting a statusfor THE SECOND TIME, if the request has been granted or if it is still "being processed".

Thank you very much

Nicholas Genovese

*[signature]*

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 14  AM 10: 35

Nicholas Genovese 17074104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 14  AM 10: 08

U.S. District Court
2nd Circuit - SDNY
Clerk of the Court
500 Pearl Street
New York, NY 10007

Pro Se intake

