UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

SECURITIES AND EXCHANGE COMMISSION,

        - against -

NICHOLAS GENOVESE, ET AL.,

               Defendants.
————————————————————————————

18-cv-942 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant, Nicholas Genovese, has filed a Notice of Appeal from the decision of Magistrate Judge Moses, dated November 10, 2020. See ECF Nos. 67 & 68. Although it is indicated that a copy was sent to the Court of Appeals for the Second Circuit, Objections to decisions of the Magistrate Judge should be directed to this Court. See 28 U.S.C. § 636(b)(l)(A). However, there is no supporting argument explaining why the defendant contends that the decision of the Magistrate Judge was clearly erroneous or contrary to law. See id.

    The time for the defendant to submit any supporting papers in support of his objections to the decision of the Magistrate Judge is extended to **December 16, 2020.** The time to respond is **December 30, 2020.** The time to reply is **January 8, 2021.** A copy of this Order will be mailed to the defendant.

SO ORDERED.

Dated:    New York, New York
            December 2, 2020

                                /s/ John G. Koeltl
                                 John G. Koeltl
                       United States District Judge