```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

**SECURITIES AND EXCHANGE COMMISSION,**

       - against -

**NICHOLAS GENOVESE, ET AL.,**

       Defendants.

**18-cv-942 (JGK)**

<u>ORDER</u>

-----------------------------------------------

**JOHN G. KOELTL, District Judge:**

The time to respond to the SEC's motion for summary judgment is extended to **December 22, 2020**. The SEC's time to reply is **January 8, 2021**.

A copy of this Order will be mailed to Nicholas Genovese.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **December 3, 2020**

                                        <u>   /s/ John G. Koeltl   </u>
                                              **John G. Koeltl**
                                  **United States District Judge**