**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————————

**SECURITIES AND EXCHANGE COMMISSION,**

        **- against -**

**NICHOLAS GENOVESE, ET AL.,**

        **Defendants.**
———————————————————————————

**18-cv-942 (JGK)**

<u>**ORDER**</u>

**JOHN G. KOELTL, District Judge**:

    Chambers has received the attached form from FCI Cumberland stating that the Court's mail to the defendant, enclosing certain Court Orders which the defendant claims not to have received, was rejected because the mail was transmitted in a "COLORED ENVELOPE." The Court will again mail the copies of ECF No. 67 and 68 to the defendant, now in a white envelope.

    The defendant was ordered to file further papers objecting to the Magistrate Judge's November 10, 2020 Order (ECF. No. 67) by February 1, 2021. The defendant's time to file any further papers objecting the Magistrate Judge's November 10, 2020 Order (ECF No. 67) is extended until **March 12, 2021.** The SEC may respond by **March 22, 2021.**

    In addition, the defendant was previously ordered to respond to the SEC's pending motion by **February 22, 2021.** Although the SEC has served the summary judgment motion papers on the defendant, ECF No.75, nevertheless, the time for the defendant to respond to the SEC's pending motion is extended to

**March 15, 2021.** The time for the SEC to reply is extended to **April 9, 2021.**

Chambers will mail a copy of this Order, and ECF Nos. 67 and 68 to the defendant.

The Clerk is directed to mail a copy of this letter to the Warden of FCI Cumberland, so that the Warden may ensure that the defendant receives the mail from Chambers.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **February 19, 2021**

                                          /s/ John G. Koeltl
                                              **John G. Koeltl**
                                  **United States District Judge**

| BP-A0328 | STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER | CDFRM |
|---|---|---|
| APR 11 | | |

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| TO: John Roeltl<br>500 Pearl Street<br>New York, NY 10007 | FROM: Federal Correctional Institution<br>14601 Burbridge Rd., SE<br>Cumberland, MD 21502 | |
|---|---|---|
| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
| **GENOVESE, NICHOLAS**   Unit: **G02-101L** | **17079-104** | **February 1, 2021** |

Check all that apply:

| | Material Rejected and Returned | | | Package Refused and Returned |
|---|---|---|---|---|
| Your correspondence has been examined and: | | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | You enclosed stamps or stamped items that cannot be given to the inmate | | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>Federal Bureau of Prisons<br>[Insert Inmate Name]<br>[Insert Inmate Register Number]<br>Post Office Box 474701<br>Des Moines, Iowa 50947-0001 | | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| X | You enclosed the following unauthorized material: | | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | | Stationary/Blank Greeting Cards | | |
| | | Plant Shavings | | |
| | | Sexually Explicit Pictures | | |
| | X | Other (specify below) | | |
| | The following material cannot be inspected without damage: | | | |
| | | Electronic Musical Greeting Card | | |
| | | Padded Card | | |
| | | Double Faced Polaroid Photos | | |
| | | Other (specify below) | | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | | | |

Specific Material Returned: **COLORED ENVELOPE.**

Specifically, all incoming GENERAL correspondence envelopes and paper must be white in color. If an incoming correspondence envelope is other than white, is written on paper other than white, or contains glitter, stickers, lipstick, crayons, is stained, contains an oily substance, the mail may be rejected in accordance with Program Statement, 5265.14 Correspondence, Section 6 (d).

P. Boch, CSO/  ⎯⎯ signature ⎯⎯
(Printed or Typed Name and Written Signature of Correctional Systems Officer)

Record Copy -

Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                              Prescribed by P5800                    Replaces BP-328.058 of APR 94