UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

NICHOLAS J. GENOVESE, WILLOW CREEK INVESTMENTS, LP, and WILLOW CREEK ADVISERS, LLC,

                Defendants.

18-cv-942 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court issued an Amended Memorandum Opinion and Order today that corrected a typographical error in a sentence on page 38 of the Court's Memorandum Opinion and Order dated July 14, 2021 (ECF No. 86). The corrected sentence in the Amended Memorandum Opinion and Order reads as follows: "Accordingly, the SEC's request for a $1 million civil penalty against Genovese is granted."

The Amended Memorandum Opinion and Order includes a footnote explaining the correction.

    SO ORDERED.

Dated:    New York, New York
            August 6, 2021

                                            John G. Koeltl
                                      United States District Judge